# United States District Court
## District of Massachusetts
### 1 Courthouse Way, Suite 6110
### Boston, Massachusetts 02210

**Rya W. Zobel**

District Judge

July 21, 2004

Committee on Financial Disclosure
Administrtive Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Mesdames:

    I enclose corrected pages of Part VII of my 2003 Report in triplicate as you requested. I trust that the Report may now be closed and apologize for the mistakes.

Sincerely,



Enclosure

RECEIVED Jul 28 11 03 AM '04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Magellan Fund | A | Dividend | K | T | part sold | 11/3 | J | B | |
| 2. Spartan US Equity Index | A | Dividend | K | T | bought | 7/10 | J | | |
| 3. Century Shares Trust | A | Dividend | J | T | | | | | |
| 4. Fidelity Select Electronics | | None | J | T | | | | | |
| 5. Fidelity Select Devel. Communication | | None | J | T | | | | | |
| 6. Fidelity Select Retailing | | None | J | T | | | | | |
| 7. Fidelity Select Construction & Housing | | None | J | T | | | | | |
| 8. T.Rowe Price Blue Chip Growth, Inc. (X) | A | Dividend | J | T | bought | 9/5 | J | | |
| 9. | | | | | bought | 11/3 | J | | |
| 10. Sovereign Bank, checking | A | Interest | K | T | | | | | |
| 11. Hanscom Federal Credit Union, savings | A | Interest | K | T | | | | | |
| 12. Assets of Rya W. Zobel Irrevocable Trust | | | | | | | | | |
| 13. Fedl NatlMtg Assn Med Term Nts 6.9%, 12/26/2006 | B | Interest | | | redeemed | 12/26 | K | | |
| 14. Fedl Home Ln Mtg CRP AGN 5.125%, 10/15/2008 | A | Interest | K | T | | | | | |
| 15. Fedl Home Ln BK Cons Bd 6.745%, 8/16/2006 | A | Interest | J | T | | | | | |
| 16. Fedl Home Ln BK Cons Bd 6.185%, 5/6/2008 | B | Interest | K | T | | | | | |
| 17. Fedl Home Ln BK Cons Bd 5.900% 5/6/2009 | A | Interest | K | T | | | | | |
| 18. Fedl Natl Mtg Assn 6.125 %, 3/15/2012 Call | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fedl Home Ln Banks Conc. Bd 6.100%, 12/3/10 (X) | A | Interest | J | T | bought | 1/13 | J | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

United States District Court
District of Massachusetts
1 Courthouse Way, Suite 6110
Boston, Massachusetts 02210

Rya W. Zobel

District Judge

May 4, 2004

SELF INITIATED
AMENDMENT

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

Mesdames:

Enclosed please the original and three copies of the page that contains Parts V and VI of my 2003 Financial Disclosure Report which apparently were missing from the Report submitted last week. I regret the error.

Sincerely,



W. Zobel

Enc.

RECEIVED
May 11  11 05 AM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zobel, Rya W | 4/26/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

RECEIVED May 11 11 05 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT COPY<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Zobel, Rya W | 2. Court or Organization<br><br>DC MA, | 3. Date of Report<br><br>4/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. D.J., active, | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1 Courthouse Way<br><br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | Handel & Haydn Society |
| 2. | Director | Mind/Body Medical Institute, CareGroup |
| 3. | Director | Institute for Judicial Administration, NYU |
| 4. | Trustee | Rya W. Zobel Irrevocable Trust |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 MAY -4 A 10: 54 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | travel, food, lodging, Insurance Coverage Panel, Tucson, AZ 3/6-7/03 |
| 2. | New York Intellectual Property Association | travel food lodging, Annual Meeting, New York March 2003 |

| Name of Person Reporting | Date of Report |
|---|---|
| Zobel, Rya W | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Magellan Fund | A | Dividend | K | T | part sold | 11/3 | J | B | |
| 2. Spartan US Equity Index | A | Dividend | K | T | bought | 7/10 | J | | |
| 3. Century Shares Trust | A | Dividend | J | T | | | | | |
| 4. Fidelity Select Electronics | | None | J | T | | | | | |
| 5. Fidelity Select Devel. Communication | | None | J | T | | | | | |
| 6. Fidelity Select Retailing | | None | J | T | | | | | |
| 7. Fidelity Select Construction & Housing | | None | J | T | | | | | |
| 8. T.Rowe Price Blue Chip Growth, Inc. (X) | A | Dividend | J | T | bought | 9/5 | J | | |
| 9. | | | | | bought | 11/3 | J | | |
| 10. Sovereign Bank, checking | A | Interest | K | T | | | | | |
| 11. Hanscom Federal Credit Union, savings | A | Interest | K | T | | | | | |
| 12. Assets of Rya W. Zobel Irrevocable Trust | | | | | | | | | |
| 13. Fedl NatlMtg Assn Med Term Nts 6.9%, 12/26/2006 | B | Interest | K | | redeemed | 12/26 | K | | |
| 14. Fedl Home Ln Mtg CRP AGN 5.125%, 10/15/2008 | A | Interest | K | -- | | | | | |
| 15. Fedl Home Ln BK Cons Bd 6.745%, 8/16/2006 | A | Interest | J | | | | | | |
| 16. Fedl Home Ln BK Cons Bd 6.185%, 5/6/2008 | B | Interest | K | | | | | | |
| 17. Fedl Home Ln BK Cons Bd 5.900% 5/6/2009 | A | Interest | K | | | | | | |
| 18. Fedl Natl Mtg Assn 6.125 %, 3/15/2012 Call | B | Interest | K | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zobel, Rya W | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of re orting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   Fedl Home Ln Banks Conc. Bd 6.100%, 12/3/10 (X) | A | J | | | bought | 1/13 | J | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. , ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████          Date April 28, 2004

NOTE: ANY ████████UAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544